**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLGIES,<br><br>Plaintiff,<br><br>v.<br><br>PETEGO EGR, LLC,<br><br>Defendant. | C.A. No. 14-cv-1162 LPS<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Blackbird Tech LLC d/b/a Blackbird Technologies voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated December 22, 2014

OF COUNSEL

Christopher Freeman
cfreeman@blackbird-tech.com
Wendy Verlander
wverlander@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*